1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10   **ANTHONY WAYNE JOHNSON, JR.,**   )   NO. EDCV 08-1345-GW(CT)
                                        )
11              **Petitioner,**         )
                                        )   **JUDGMENT**
12              **v.**                  )
                                        )
13   **THE PEOPLE OF THE STATE OF**     )
     **CALIFORNIA,**                    )
14                                      )
                **Respondent.**         )
15                                      )
                                        )
16

17       IT IS HEREBY ADJUDGED that the petition is dismissed without

18   prejudice.

19

20       DATED: December 19, 2008

21                                      _____
                                             GEORGE H. WU
22                                      UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28